IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Alexander, Millicent

Printed: 9/9/08

Case Number: 08 B 13705
Judge: Squires, John H
Filed: 5/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Private Capital | Secured | 0.00 | 0.00 |
| 2. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 3. | Private Capital | Secured | 0.00 | 0.00 |
| 4. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 8. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 9. | Charter One Bank | Unsecured | | No Claim Filed |
| 10. | Christ Hospital | Unsecured | | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 12. | City Of Chicago | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | City Of Chicago | Unsecured | | No Claim Filed |
| 15. | MCI Worldcom | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Alexander, Millicent | Case Number:  08 B 13705 |
| | Judge:  Squires, John H |
| Printed:  9/9/08 | Filed:  5/29/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

